UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CHIWANA CRANDELL,

                Plaintiff(s),

*MEDIATION CERTIFICATION*

   19  - cv -  6552  

v.

KEVIN ROSS and GARY COOPER,

                Defendant(s).

_____

I hereby certify that:

☑ The mediation session scheduled for __11/18/21__ has been adjourned to __4/5/22__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 12/07/2021                      *Mediator:* /S/  Michael Menard

**Additional Comments:**
_____
_____
_____